UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNIVERSAL TRUCK & EQUIPMENT
COMPANY, INC.; NEW LONDON MINING,
MANUFACTURING & PROCESSING, LLC;
NICHOLAS E. CAMBIO;
VINCENT A. CAMBIO; and NICHOLAS E.
CAMBIO, as trustee of THE NICHOLAS E.
CAMBIO, RONEY A. MALAFRONTE AND
VINCENT A. CAMBIO TRUST,
           Plaintiffs,
v.                                     Case No.: 10-466 S

CATERPILLAR, INC.,

        Defendant,

And

CATERPILLAR FINANCIAL SERVICES
CORPORATION; and SOUTHWORTH-MILTON,
INC.,

        Defendants and Plaintiffs-in-Counterclaim.

## PRELIMINARY INJUNCTION

This matter comes before the Court on the Motion of Defendant Caterpillar

Financial Services Corporation ("Cat Financial") for an entry of Preliminary Injunction

and Order of Replevin After notice and hearing, the Court having considered the Motion

and the Affidavit of Marion Covell (the "Covell Affidavit"), and Cat Financial's

Memorandum in support of the Motion:

IT IS HEREBY PROVISIONALLY FOUND THAT:

        1.      Plaintiff New London Mining, Manufacturing & Processing, LLC ("New

London") is in default of the Security Agreement and Promissory Note dated July 30,

2009 ("Security Agreement 1") between Cat Financial, as secured party, and New

London, as debtor, which was made to secure a loan made by Cat Financial to New London in the original principal amount of $2,490,272.25.

2.      Cat Financial possesses, as security for the Security Loan and as set forth in Security Agreement, a security interest in certain commercial equipment, more particularly listed as in Exhibit G to the Affidavit of Marion Covell and attached hereto as **Exhibit A**.

3.      The Security Agreement entitles Cat Financial to repossess and remove the Equipment in the event of a default by New London.

4.      To date, Cat Financial has not reclaimed, and New London has not returned, the Equipment.

5.      Cat Financial is entitled to a writ of replevin under R.I. General Laws 34-21-1 *et seq.*

6.      Cat Financial will suffer irreparable injury for which no adequate remedy at law exists unless New London and other persons and firms having knowledge of this injunction are: (a) enjoined from continuing to use, sell, conceal, waste, encumber, convert, convey, or remove the Equipment; (b) ordered to advise Cat Financial of the precise location of the Equipment; and (c) ordered to immediately surrender the Equipment to Cat Financial. Based on these provisional findings, the Counterclaim of Cat Financial and the Covell Affidavit and exhibits attached thereto, IT IS HEREBY ORDERED THAT:

        a.     New London and any of its responsible managing agents, officers, directors, or employees (acting within the scope of his or her office or employment), and any person or entity acting in concert with New London, and any other person or firm having actual notice of this Preliminary Injunction, including but not limited to the

domestic agents of New London, together with their officers, directors, or employees (acting within the scope of his or her office or employment), are hereby enjoined and restrained, until further Order of the Court, from using, selling, concealing, wasting, encumbering, converting or conveying the Equipment, identified on the attached Exhibit A (the "Equipment);

b.  New London and any of its responsible managing agents, officers, directors, or employees (acting within the scope of his or her officer or employment) and any person or entity acting in concert with New London, and any other person or firm having actual notice of this Preliminary Injunction, including but not limited to the domestic agents of New London, together with their officers, directors, or employees (acting within the scope of his or her office or employment), are hereby ordered to immediately disclose the precise location of the Equipment to Cat Financial or to agents designated by Cat Financial in order for Cat Financial to reclaim same;

c.  New London and any of its responsible managing agents, officers, directors, or employees (acting within the scope of his or her office or employment) and any person or entity acting in concert with New London, and any other person or firm having actual notice of this Preliminary Injunction, including but not limited to the domestic agents of New London, together with their officers, directors, or employees (acting within the scope of his or her office or employment), are hereby enjoined from restricting the access of Cat Financial to the Equipment;

d.  New London and any of its responsible managing agents, officers, directors, or employees (acting within the scope of his or her office or employment) and any person or entity acting in concert with New London, and any other person or firm having actual notice of this Preliminary Injunction, including but not limited to the domestic agents of New London, together with their officers, directors, or employees (acting within the scope of his or her office or employment), are hereby ordered to immediately surrender the Equipment to Cat Financial, and forthwith take all actions necessary to allow Cat Financial to obtain access to and possession of the Equipment, including terminating leases, if any, and obtaining the Equipment from third party lessors, and removing the Equipment from any auction, sale, and/or auction or sale listing, and are hereby also ordered to assemble the Equipment and make the Equipment available to Cat Financial at a place to be designated by Cat Financial reasonably convenient to New London and Cat Financial;

e.  New London shall immediately notify all of its responsible managing agents, officers, directors, and employees of the entry of this Preliminary Injunction;

6841062-1                                3

Entered:


*/s/ William E. Smith*
William E. Smith
U.S. District Judge
Date:  December 14, 2011




Universal Truck & Equipment Co, Inc. v Caterpillar, Inc.
CA No. 10-466
Preliminary Injunction

## EXHIBIT A

## Equipment Financed by Cat Financial and Currently Held by New London

| Description | Serial # |
|---|---|
| Caterpillar Articulated Truck | BIN00421 |
| Caterpillar Telescopic Handler | SLF01694 |
| ERIN (On 2009 as ERIN SYSTEM SCREENS) | 2S91F37U752113051 |
| ERIN (On 2009 as SYSTEM SCREENS) | 2S93J37X352113003 |
| Caterpillar Excavator | AGS01678 |
| Caterpillar Wheel Loader | CRD01178 |
| ERIN (On 2009 as Caterpillar ERIN FINGERSCREEN) | 2S91B37J852113125 |
| NPK (On 2009 as Caterpillar HAMMER) | 65266 |
| Caterpillar (On 2009 as Caterpillar JAW CRUSHER) | 554620045 |
| Caterpillar (On 2009 as Caterpillar DUMP TRUCK) | 1X02129 |
| Caterpillar (On 2009 as Caterpillar DUMP TRUCK) | 1X01882 |
| Caterpillar (On 2009 as Caterpillar DUMP TRUCK) | 1X04328 |
| Caterpillar (On 2009 as Caterpillar DUMP TRUCK) | 1X04511 |
| Caterpillar Excavator | PJW00656 |
| Caterpillar Backhoe Loader | BLN08452 |
| Caterpillar Backhoe Loader | DDT00407 |
| Caterpillar Backhoe Loader | KMW00260 |
| Multi quip Gen Set w/ Trailer | 8400023 |