UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

_____
UNIVERSAL TRUCK & EQUIPMENT       )
COMPANY, INC., NEW LONDON MINING, )
MANUFACTURING & PROCESSING, LLC,  )
NICHOLAS E. CAMBIO, VINCENT A.    )
CAMBIO, and NICHOLAS E. CAMBIO,   )
as Trustee of THE NICHOLAS E.     )
CAMBIO, RODNEY A. MALAFRONTE AND  )
VINCENT A. CAMBIO TRUST,          )
      Plaintiffs,                )
                                  )
      v.                         )  C.A. No. 10-466 S
                                  )
CATERPILLAR, INC., et al.,        )
      Defendants,                )
                                  )
and                               )
                                  )
CATERPILLAR FINANCIAL SERVICES    )
CORPORATION and                   )
SOUTHWORTH-MILTON, INC.,          )
                                  )
      Defendants and             )
      Plaintiffs-in-             )
      Counterclaim.              )
_____)

**ORDER**

On February 21, 2012, this Court entered a text order granting in part and denying in part Defendant Caterpillar's motion for entry of default, and ordered Plaintiffs to pay for costs and attorney's fees associated with the relevant discovery dispute, "from the date of counsel's first notice to [Plaintiffs] regarding the erroneous discovery response, and up to and including, the hearing held before the Court on 2/21/12."

The Court further directed Defendant's counsel to file an affidavit delineating his fees and expenses related to the discovery dispute for that time period. On February 29, 2012, Attorney A. Neil Hartzell, counsel for Caterpillar Inc., filed such an affidavit, attaching a breakdown of the costs and attorney's fees incurred throughout the discovery dispute at issue.

Having reviewed the affidavit and the attached schedule, and having found it reasonable, Plaintiffs are hereby ordered to pay to Defendant Caterpillar the following:

| | |
|---|---|
| Attorney's Fees: | $8,640.00 |
| Costs: | $   152.10 |
| Total: | **$8,792.10** |

IT IS SO ORDERED.

*/s/ William E. Smith*
William E. Smith
United States District Judge
Date: March 21, 2012